**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

**PHILLIP HOGGATT**  **PLAINTIFF**

**VS.**  CIVIL ACTION NO. <u>3:23-cv-2972-HTW-LGI</u>

**CHANDI TRUCKING, INC.,
GOLDEN MILE LEASING CORP.
AND YASSIN HADDI**  **DEFENDANTS**

---

### NOTICE OF REMOVAL

---

**PLEASE TAKE NOTICE** that Defendants Chandi Trucking, Inc., Golden Mile Leasing Corp. and Yassin Haddi, through counsel, hereby give notice of the removal of this matter from the Circuit Court of Warren County, Mississippi (Civil Action No.: 23,0118-CI), to the United States District Court for the Southern District of Mississippi, Northern Division. This Notice of Removal is filed pursuant to 28 U.S.C. §§1332, 1441, and 1446.

### Civil Action Removed

1.  On August 29, 2023, Plaintiff initiated suit against Defendants, seeking damages allegedly resulting from a motor vehicle accident which occurred on March 27, 2023, on I-20 near the Indiana Avenue Exit in Warren County, Mississippi. The state court action is styled *Phillip Hoggatt vs. Chandi Trucking, Inc., Golden Mile Leasing Corp. and Yassin Haddi,* and was filed in the Circuit Court of Warren County, Mississippi, bearing the Civil Action No. 23,0118-CI.

2.  Pursuant to 28 U.S.C.A. § 1446 and the Local Rules of Court, a true and correct copy of the certified record of the state-court proceedings will be timely filed as a

separate item. Copies of the Summonses and Complaint are attached hereto as **Exhibits "A"** and **"B,"** respectively.

## Timeliness of Removal

3.      Haddi was served with a copy of the Complaint and Summons on September 1, 2023. Chandi Trucking was served on September 5, 2023. Golden Mile has not been served but joins in and consents to this removal out of an abundance of caution and solely for the purpose of removal.

4.      Removal of this civil action is timely filed by Defendants. 28 U.S.C.A. § 1446(b)(2)(B) ("Each defendant shall have 30 days after receipt by or service on that defendant of the initial pleadings or summons[.]").

## Amount in Controversy Exceeds $75,000

5.      "[J]urisdiction will be proper if it is facially apparent from the plaintiff['s] complaint that [the] claims are likely above $75,000." *Garcia v. Koch Oil Co. of Tex., Inc.*, 351 F.3d 636, 639 (5th Cir. 2003) (internal citations omitted). The required demonstration for a facially transparent amount in controversy "concerns what the plaintiff is claiming (and thus the amount in controversy between the parties), not whether the plaintiff is likely to win or be awarded everything he seeks." *Robertson v. Exxon Mobil Corp.*, 814 F.3d 236, 240 (5th Cir. 2015) (internal citations omitted).

6.      The Complaint demands judgment, "jointly and severally," in an amount in excess of the jurisdictional limits of this Court. Specifically, it demands a sum of "$250,000 together with punitive or exemplary damages[.]" **Ex. B,** *Ad damnum*. Consequently, it is facially apparent that the amount in controversy exceeds the jurisdictional minimum.

2

## Diversity of Citizenship

7.    According to the Complaint, the Plaintiff is an adult resident citizen of Mississippi. Chandi Trucking is an Indiana corporation with an Indiana principal place of business. Golden Mile is a California corporation with an Indiana principal place of business. Haddi is an adult resident citizen of Ohio. Therefore, complete diversity exists between the parties. 28 U.S.C. § 1332.

## Venue

8.    Venue of this removed action is proper pursuant to 28 U.S.C.A. §1441(a) because this Court is the United States District Court for the district and division embracing the place wherein the removed action is pending.

## Notice to State Court

9.    Concurrent with the filing of this Notice, Defendants will also file with the Circuit Court of Warren County, Mississippi, a true and correct copy of this Notice, thereby effecting removal of this action to this Court. As per 28 U.S.C.A. § 1446(d), no further proceedings shall be had in the Circuit Court of Warren County, Mississippi.

## Notice to Plaintiff

10.    Consistent with 28 U.S.C. § 1446(d) and as indicated in the attached Certificate of Service, Plaintiff is being provided with a copy of this Notice of Removal.

**WHEREFORE, PREMISES CONSIDERED**, Defendants respectfully pray that this Court will receive this Notice of Removal and place this cause upon the docket of this Court.

3

DATED this the 29th day of September, 2023

Respectfully submitted,
CHANDI TRUCKING, INC., GOLDEN MILE LEASING CORP. AND YASSIN HADDI

BY:  *s/ M. Garner Berry*
    OF COUNSEL

OF COUNSEL:

M. Garner Berry, Esq. (MSB #100968)
G. Weathers Virden, Jr., Esq. (MSB #105200)
CHARTWELL LAW
200 W. Jackson Street, Suite 200
Ridgeland, Mississippi 39157
Office: (601) 277-6880
Facsimile: (610) 666-7704
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I, M. Garner Berry, attorney for Defendants, do hereby certify that I have this date filed with the Clerk of the Court, via ECF, a true and correct copy of the above and foregoing, which has sent notification to all counsel of record.

This the 29th day of September, 2023.

BY: s/ M. Garner Berry
    M. Garner Berry

4